IN THE SUPREME COURT OF TEXAS

 No. 04-0245

 IN RE LUMBERMENS MUTUAL CASUALTY COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary injunction, being treated as a
motion to stay, filed March 16, 2004, is granted in part and denied in
part. All proceedings in Cause No. 06-03-00077-CV, styled Cudd Pressure
Control, Inc. v. Sonat Exploration Company, in the Sixth Court of Appeals
are stayed pending further order of this Court. All other relief requested
is denied.

 Done at the City of Austin, this March 29, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk